INTERNATIONAL PATENT CO., LIMITED, Respondent, v. ERIC W. EWESON, Appellant.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

JOHN W. LYNCH, Respondent, v. EDITH C. WOLFE, Appellant.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ROSE GOLDMAN, Appellant, v. NEW YORK RAPID TRANSIT CORPORATION, Respondent.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MAX ARONSON et al., Respondents, v. BRONX COUNTY TRUST COMPANY, Individually and as Successor Trustee of 1161 Shakespeare Avenue Apartment Building [New York City], under a Mortgage Trust Made between R. G. & F. Construction Corporation and Colonial Bank, as Trustee, Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer and Dore, JJ.; Dore, J., dissents and votes to reverse and grant motion to dismiss the first cause of action.

ABE BROWN, Respondent, v. FREDERICK RICKENBACHER, Appellant.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Dore, J., dissents and votes to reverse and grant a new trial on the ground that the verdict is against the weight of the credible evidence.

EDWARD MEYERS, Respondent, v. FREDERICK HUSSEY REALTY CORPORATION, Appellant.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

HEDWIG SIENIEWICZ, as Administratrix of the Estate of FELIKS SIENIEWICZ, Deceased, Appellant, v. MERUSAD REALTY CORPORATION, Respondent.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Untermyer and Callahan, JJ., dissent and vote to reverse and grant a new trial.

In the Matter of BOND AND MORTGAGE GUARANTEE COMPANY (275 Central Park West, New York City — Guarantee No. 213,982). WILLIAM E. RUSSELL, Appellant; SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, as Liquidator, et al., Respondents.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of CHRISTIE B. GARLASCO, Judgment Creditor, Respondent, v. HARRY PALTROWITZ, Judgment Debtor, Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

BENNO KLEEBLATT, Respondent, v. CADILLAC SILK COMPANY, INC., Appellant.— No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.